IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAYMOND GRIFFIN and JOHN HUTCHINGS, individually and on behalf of all others similarly situated, <br><br>Plaintiffs,<br><br>v.<br><br>BIG TEN CONFERENCE, and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | Case No. 1:16-cv-05986 <br><br> Judge Ronald A. Guzman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, August 2, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead in Courtroom 1801, and then and there present Plaintiffs' and the Big Ten Conference's *Joint Motion to Stay and Reassign,* a true and accurate copy of which is attached hereto and hereby served upon you.

Dated: July 27, 2016

Respectfully submitted,

**RAYMOND GRIFFIN**, individually and on behalf of all others similarly situated,

By: /s/ J. Dominick Larry
     One of Plaintiffs' Attorneys

Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I caused a true and correct copy of the foregoing document to be served through ECF notification upon all attorneys of record.

/s/ J. Dominick Larry